SUDEEP KHETANI

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

MIDDLESEX COUNTY PROSECUTORS OFFICE - ~~AMEN~~ AMBER GIBBS, YOLANDA CICCONE

PLAINSBORO POLICE DEPT -

PATRICK MILLER

JOSEPH JANKOWSKI

DANIEL LAMOCCA

WILLIAM ATKINSON

KENNETH S. BEATTY

PLAINSBORO TOWNSHIP

**COMPLAINT**

Jury Trial: [X] Yes  [ ] No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.   Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | SUDEEP KHETANI |
| | Street Address | 8 LABRADOR DRIVE |
| | County, City | MIDDLESEX COUNTY - KENDALL PARK |
| | State & Zip Code | N.J  08824 |
| | Telephone Number | 321-616-4549 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: MIDDLESEX COUNTY Prosecutors Office ~~Dave Gibbs~~ Yolanda Amber Gibbs, Ciccone
Street Address: 85 Kirk Patrick St
County, City: New Brunswick N.J - MIDDLESEX Co.
State & Zip Code: N.J 08901

Defendant No. 2
Name: PLAINSBORO Police Dept Chief Guy Armour, Fred Tavener
Street Address: 641 Plainsboro RD
County, City: Plainsboro TWP (MIDDLESEX County)
State & Zip Code: N.J 08536

Defendant No. 3
Name: PLAINSBORO Police Dept PATRICK MCLEER, JOSEPH JANKOWSKI, DANIEL LAROCCA
Street Address: 641 Plainsboro RD
County, City: Plainsboro TWP
State & Zip Code: N.J 08536

Defendant No. 4
Name: WILLIAM ATKINSON, KENNETH BEATTY
Street Address: 641 Plainsboro RD
County, City: Plainsboro TWP
State & Zip Code: N.J 08536

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[x] Federal Questions
[ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff
[x] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 42 USC 1983   14th Amendment, 4th Amendment failure to train, false arrest, malicious prosecution racial/ethnic discrimination

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __JANUARY__, 20__23__.

Signature of Plaintiff _____

Mailing Address   8 LABRADOR DRIVE
KENDALL PARK
N.J  08824

Telephone Number   321-616-4549

Fax Number *(if you have one)* _____

E-mail Address   ORLANDOLIST321@gmail.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.